UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO MONTIEL, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>T-MOBILE USA, a California corporation, and DOES 1 through 50,<br><br>　　　　　　Defendant. | Case No. 2:18-cv-837-FFM<br><br>**[PROPOSED] ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Honorable Frederick F. Mumm |

Good cause appearing, it is hereby ORDERED that the above-entitled action is dismissed with prejudice with each party to pay his or its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: June 3, 2019　　　　　　　　　　　　/s/ Frederick F. Mumm
　　　　　　　　　　　　　　　　　　　Honorable Frederick F. Mumm
　　　　　　　　　　　　　　　　　　　United States District Court